IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM T. MORRISON, JR.,

Appellant,

v.

DEPARTMENT OF
CORRECTIONS,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2196

_____/

Opinion filed October 9, 2015.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

William T. Morrison, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Eric Gonzalez, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WETHERELL and RAY, JJ., and SMILEY, ELIJAH, ASSOCIATE JUDGE,
CONCUR.